**ALBERT PICK & CO. v. Nicholas PEREN-TESIS and Marvin-Burnett Co.**

**No. 5218.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 6, 1929.

Max Kahn, of Detroit, Mich., for appellant.

John F. Henigan and Don T. McKone, both of Jackson, Mich., for appellees.

PER CURIAM.

Judgment of District Court affirmed.

---

**A. B. ALLEN, Collector of Internal Revenue, Appellant, v. William G. GEDDES, Administrator, etc.**

**No. 8928.**

Circuit Court of Appeals, Eighth Circuit.

May 17, 1930.

Ambrose C. Epperson, Asst. U. S. Atty., of Omaha, Neb., for appellant.

William A. Day, of Villisca, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.